JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. CV 22-3290-GW-Ex<br><br>**JUDGMENT FOR THE UNITED STATES OF AMERICA**<br><br>Honorable George H. Wu<br>United States District Judge |

Following a bench trial that took place on December 5, 2023, the Court finds that Plaintiff Doreen Bryant ("Plaintiff") has not established or borne her burden of proving that Defendant United States of America ("Defendant") was negligent. *See* Dkt. 64. The Court finds for Defendant and against the Plaintiff. Plaintiff's Complaint (Dkt. 10) is hereby dismissed with prejudice, and judgment is entered in favor of Defendant.

IT IS SO ORDERED

Dated: December 11, 2023

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1

1 | Respectfully submitted by,

2 | E. MARTIN ESTRADA
United States Attorney
3 | DAVID M. HARRIS
Assistant United States Attorney
4 | Chief, Civil Division
JOANNE S. OSINOFF
5 | Assistant United States Attorney
Chief, Complex and Defensive Litigation
6 | Section

7 |

8 |    /s/*Rahul R. A. Hari*
RAHUL R.A. HARI
9 | ZAKARIYA K. VARSHOVI
Assistant United States Attorney
10 |

11 | Attorneys for Defendant,
United States of America.